No. D–503.   IN RE DISBARMENT OF SMITH.   It is ordered that Frederick A. Smith, of Truth or Consequences, N. M., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.